AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>simpson, charles r. | 2. Court or Organization<br><br>kywd | 3. Date of Report<br><br>04/18/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>senior/dist | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2016<br>to<br>12/31/2016 |

| 7. Chambers or Office Address<br><br>601 w.broadway #247<br>louisville, ky 40202 |
|---|

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | International advisory Committee | National Center for State Courts |
| 2. | board membr | Federal judges Assn |
| 3. | Third Study Commission President | International assn of judges |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| simpson, charles r. | 04/18/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | National Center for State Courts | 2/15 - 2/17 | Arlington VA | Committee meeting | Transport, meals lodging |
| 2. | Federal judges Ass | 5/16 - 5/18 | Washington DC | Board Meeting | Transport, meals, lodging |
| 3. | Federal Judges Assn | 9/13 - 9/15 | Washington DC | Congressional Reception | Transport, meals, lodging |
| 4. | Federal Judges Assn | 10/15 - 10/21 | Mexico City DF, Mexico | International Association of Judges Meeting | Transport, meals, lodging |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| simpson, charles r. | 04/18/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| simpson, charles r. | 04/18/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. ky telco fed cu | A | Interest | L | T | | | | | |
| 2. Louv. fed CU | A | Interest | L | T | | | | | |
| 3. Dupree Intermed. govt bond ser | C | Dividend | L | T | | | | | |
| 4. vanguard Totl Stk Mkt idx fnd | C | Dividend | L | T | | | | | |
| 5. HH bonds | A | Interest | K | T | | | | | |
| 6. Stockyrds bk acct | A | Interest | L | T | | | | | |
| 7. dupree ky tax-free | D | Dividend | M | T | | | | | |
| 8. A | | | | | | | | | |
| 9. Churchill downs com | A | Dividend | K | T | | | | | |
| 10. johnson outdrs com | A | Dividend | K | T | | | | | |
| 11. Vangrd totl stk mkt idx admiral fd | B | Dividend | L | T | | | | | |
| 12. van guard Short-term Treas.adm fd | B | Dividend | M | T | | | | | |
| 13. Vanguard adm treas mm fd | A | Dividend | K | T | | | | | |
| 14. Vanguard Prime mm fd | A | Dividend | J | T | | | | | |
| 15. C | | | | | | | | | |
| 16. Destination XL Group Inc.(formerly Casual Male Retail Group) com | A | Dividend | J | T | | | | | |
| 17. Churchill Downs com | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| simpson, charles r. | 04/18/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Washington Prime Group com (CUSIP change from WP Glimcher Com | A | Dividend | J | T | | | | | |
| 19. Johnson Outdoors com | A | Dividend | K | T | | | | | |
| 20. ventas com | C | Dividend | L | T | | | | | |
| 21. CARE CAP PPTYS INC. com | A | Dividend | J | T | | | | | |
| 22. Vanguard totla stock mkt idx ADM fd | A | Dividend | N | T | Buy (add'l) | 01/14/16 | N | | |
| 23. Vanguard Short-term treas ADM fd | A | Dividend | L | T | | | | | |
| 24. Vanguard Admiral trsry mm fd | A | Dividend | K | T | | | | | |
| 25. vanguard prime mm fd | B | Dividend | L | T | | | | | |
| 26. B | | | | | | | | | |
| 27. Churchill Downs com | A | Dividend | K | T | | | | | |
| 28. HealthSouth com | A | Dividend | J | T | | | | | |
| 29. National Hlth invs com | B | Dividend | K | T | | | | | |
| 30. ventas com | B | Dividend | K | T | | | | | |
| 31. CARE CAP PPTYS INC. com | A | Dividend | J | T | | | | | |
| 32. Vanguard Tax-managed Cap Apprec Adm fd | D | Dividend | N | T | | | | | |
| 33. Devel Markets Idx fd (formerly Vanguard Tax-mamged Int'l fd) | B | Dividend | L | T | | | | | |
| 34. vanguard Tax-managed sm Cap fd | B | Dividend | M | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| simpson, charles r. | 04/18/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Vanguard Tax-Exempt mm fd | A | Dividend | K | T | | | | | |
| 36. Vanguard Trsy (Admiral) MM fd | B | Dividend | O | T | Sold (part) | 08/19/16 | N | A | |
| 37. Vanguard Treas (Adm) MM Fd | B | Dividend | O | T | Buy (add'l) | 10/19/16 | N | | |
| 38. D | | | | | | | | | |
| 39. Dreyfus Strategis Municipals fd | A | Dividend | J | T | | | | | |
| 40. GE com | A | Dividend | K | T | | | | | |
| 41. Nextera com | A | Dividend | K | T | | | | | |
| 42. Vanguard tax-managed Cap Apprec Adm Fnd | B | Dividend | L | T | | | | | |
| 43. Devel Markets idx fd (formerly Vanguard Tax-mang Int'l fd) | A | Dividend | J | T | | | | | |
| 44. VanguardtAX-mANAG Small Cap fd | A | Dividend | K | T | | | | | |
| 45. Vanguard Tax-Exempt MM fd | A | Dividend | J | T | | | | | |
| 46. vanguard Trsy MM fd | A | Dividend | J | T | | | | | |
| 47. Investment Club #1 | | | | | | | | | |
| 48. -Hilliard-Lyons Insured Deposit Prgm | A | Int./Div. | K | T | | | | | |
| 49. -Air Products & Chemicals com | A | Dividend | K | T | Buy | 05/11/16 | K | | |
| 50. -Alphabet Inc. Com | A | Dividend | K | T | Buy (add'l) | 07/13/16 | J | | |
| 51. -American intl Group Com | A | Dividend | | | Sold | 09/14/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| simpson, charles r. | 04/18/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -American Tower Com | A | Dividend | K | T | Buy (add'l) | 03/10/16 | J | | |
| 53. -Apple Com | A | Dividend | K | T | | | | | |
| 54. -Ashland Com | A | Dividend | | | Sold | 09/14/16 | K | A | |
| 55. -Berkshire Hathaway Cl B Com | A | Dividend | K | T | | | | | |
| 56. -CVS Health Com (same as CVS Caremark on prev. report) | A | Dividend | K | T | | | | | |
| 57. -Chubb LTD com | A | Dividend | K | T | Buy | 09/14/16 | K | | |
| 58. -Churchill Downs com | | | | | Buy | 07/13/16 | J | | |
| 59. -Churchill Downs com | A | Dividend | K | T | Buy (add'l) | 11/16/16 | J | | |
| 60. -Colgate palmolive Com | A | Dividend | K | T | | | | | |
| 61. -Diageo PLC ADR Com | A | Dividend | K | T | | | | | |
| 62. -Walt Disney Com | A | Dividend | | | Sold | 11/16/16 | J | A | |
| 63. -EMC Corp Com | A | Dividend | | | Sold | 05/11/16 | K | A | |
| 64. -Exxon Mobile Com | A | Dividend | K | T | Buy (add'l) | 03/10/16 | J | | |
| 65. -Fiserv Inc. Com | A | Dividend | L | T | | | | | |
| 66. -Halliburton Com | A | Dividend | K | T | Buy (add'l) | 03/10/16 | J | | |
| 67. -Home Depot com | | | | | Buy | 09/14/16 | K | | |
| 68. -Home Depot com | A | Dividend | K | T | Buy (add'l) | 11/16/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Humana Com | A | Dividend | | | Sold | 05/11/16 | K | B | |
| 70. -McDonalds Com | A | Dividend | K | T | | | | | |
| 71. -National Oilwell Com | A | Dividend | | | Sold | 03/10/16 | J | A | |
| 72. -Norfolk Southern Corp Com | A | Dividend | K | T | | | | | |
| 73. -Visa Inc. Cl. A Com | | | | | Buy (add'l) | 03/10/16 | J | | |
| 74. -Visa Inc Cl A com | A | Dividend | K | T | Buy (add'l) | 07/13/16 | J | | |
| 75. -Waters Corp Com | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| simpson, charles r. | 04/18/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

2015 report Part VII, lines 1-16 no longer reportable in 2016 "Y". 5 USC App 4 sec 102 (e)(1)(E)

| Name of Person Reporting | Date of Report |
|---|---|
| simpson, charles r. | 04/18/2017 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ charles r. simpson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544